IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Aug 23, 2023, 2:54 pm
Lucy H. Carrillo, Clerk of Court

| | |
|---|---|
| IN RE CIVIL BEAT LAW CENTER FOR THE PUBLIC INTEREST,<br><br>Movant. | Case No. 22-mc-00286-DKW-KJM<br><br>**ORDER UNSEALING CERTAIN REDACTED COURT RECORDS**[1] |

On June 2, 2023, the government filed its First Status Report in compliance with the Court's November 17, 2022 Order requiring the government to file every six months a report addressing why, if at all, certain documents should remain sealed and/or redacted. Dkt. Nos. 26-27. Thereafter, Movant Civil Beat Law Center for the Public Interest (Civil Beat) filed a response to the same. Dkt. No. 28. On July 5, 2023, the Court entered an Order that, *inter alia*, instructed the government, within two weeks, to provide any supplemental information it believed might be relevant in evaluating whether to permit the continued redaction of filings in various cases. Dkt. No. 29 at 2-3.

More than a month after the July 5, 2023 deadline, however, the government has not submitted any further information in support of its request. Therefore, as indicated in the July 5, 2023 Order, the Court now assesses that request on the current record. *Id.* at 3. Having done so, the record is insufficient to continue

---

[1] Pursuant to Local Rule 7.1(c), the Court elects to decide this matter without a hearing.

redacting any of the remaining documents for which continued redaction is sought. As explained in the July 5, 2023 Order, the government's sole explanation for continued redaction is as follows: "to continue protecting privacy interests of uncharged individuals and/or witnesses who have not been publicly identified." *Id*. at 2 (citing Dkt. No. 26 at 4).   The government does not identify any of the privacy interests at issue, how those interests would be damaged with disclosure, or, even, connect a specific individual with a specific interest.   In other words, as in *Custer Battlefield*, "[t]he government's brief did not explain what concerns had been raised, whether they were concrete rather than conjectural or how they constituted a compelling reason for restricting Kortlander's access to the warrant materials."   *United States v. Bus. of Custer Battlefield Museum & Store*, 658 F.3d 1188, 1195 (9th Cir. 2011).[2]   Because the government has failed to meet this burden, the Court orders the unsealing of the relevant records.

Specifically, the Clerk is instructed to UNSEAL the following records:

Dkt. No. 1-1 in Case No. 15-MJ-01345; Dkt. No. 1-1 in Case No. 15-MJ-01346; Dkt. No. 1-1 in Case No. 15-MJ-01347; Dkt. No. 1-1 in Case No. 15-MJ-01449; Dkt. No. 1-1 in Case No. 16-MJ-00046; Dkt. No. 1-1 in Case No. 16-MJ-

---

[2] The Court notes that, with respect to the records at issue here, the government acknowledges that they no longer have "ongoing investigations into the matters described in these filings…." Dkt. No. 26 at 3.

00047; Dkt. No. 1-3 in Case No. 16-MJ-00099; Dkt. No. 1-1 in Case No. 16-MJ-00692; Dkt. No. 1-1 in Case No. 16-MJ-00693; Dkt. No. 1-2 in Case No. 18-MJ-00192; Dkt. No. 1-1 in Case No. 18-MJ-00233; Dkt. No. 1-1 in Case No. 18-MJ-00332; Dkt. No. 1-1 in Case No. 18-MJ-00993; Dkt. No. 1-1 in Case No. 18-MJ-00994; Dkt. No. 1-1 & Dkt. No. 1-2 in Case No. 19-MJ-00175; Dkt. No. 1-3 in Case No. 19-MJ-00330; Dkt. No. 1-3 in Case No. 19-MJ-00346; and Dkt. No. 1-1 & Dkt. No. 1-2 in Case No. 19-MJ-00484.

The Clerk is instructed to file this Order in the instant case, as well as in each case identified herein.

IT IS SO ORDERED.

Dated: August 23, 2023 at Honolulu, Hawaiʻi.

Derrick K. Watson
Chief United States District Judge